UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05-cr-00375-RJC

| | | |
|---|---|---|
| USA, | ) | |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| vs. | ) | |
| | ) | |
| ISRAEL SABASTION GRANT, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court upon motion of the defendant requesting that the Court modify its sentence. (Doc. No. 23).

According to the motion, the defendant has been in state custody since this Court entered judgment for the defendant's federal firearms offense on April 13, 2007, (Doc. No. 17: Judgment). The defendant asks the Court to interrupt his state sentences and order the United States Marshal to bring him into federal custody to serve his sentence in this case. Alternatively, he asks the Court to now order that his federal sentence be served concurrently with his state sentences. The defendant provides no legal authority for the Court to modify its judgment, which became final years ago, and direct the order of his various sentences. Additionally, multiple terms of imprisonment imposed at different times run consecutively unless the judgment states otherwise. 18 U.S.C. § 3584(a). Because the defendant was brought from state custody at the inception of this case, (Doc. No. 4: Writ), he was properly returned to state custody following the proceedings in federal court, (Doc. No. 19: Executed Writ).

**IT IS, THEREFORE, ORDERED** that the defendant's motion, (Doc. No. 23), is **DENIED**.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, the United States Attorney, and the United States Marshals Service.

Signed: December 17, 2015

Robert J. Conrad, Jr.
United States District Judge